AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERTS/HEYWOOD PROPERTY,

Plaintiff,

v.

RAYONIER FOREST RESOURCES, LP,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:24-cv-003

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered July 8, 2024, Defendant's motion to dismiss is granted, and Plaintiff's complaint is dismissed without prejudice for lack of subject matter jurisdiction. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 10, 2024

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020