# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

| | |
|---|---|
| ROBERTS/HEYWOOD PROPERTY, ) <br> ) <br> Plaintiff/Appellant, ) <br> ) <br> v. ) <br> ) <br> RAYONIER FOREST RESOURCES, LP, ) <br> ) <br> Defendant/Appellee. ) | 2:24cv003 |

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This __15__ day of August, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA